```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOONBUG ENTERTAINMENT LIMITED, *et al.*,

*Plaintiffs*

v.

CHAOZHOU CHAOAN YIXI PAPER& PLASTIC PRODUCTS CO., LTD., CHONG QING FULL SUMMER INTERNATIONAL TRADE CO., LTD., DONGGUAN GOLDEN BEAR TOYS CO., LTD., DONGGUAN NUOSHENG ELECTRONIC TECHNOLOGY CO., LTD., EWEISER ELECTRONIC TECHNOLOGY (SHENZHEN) CO., LTD., FOSHAN HENGYUE OUTDOOR PRODUCTS CO., LTD., FUZHOU MEKHOME TECH. CO., LTD., FUZHOU XUANCE TRADE CO., LTD., GUANGZHOU HAPPY ISLAND TOYS CO., LTD., GUANGZHOU ORIENT INFLATABLES COMPANY LTD., GUANGZHOU PERFECT INFLATABLE PRODUCTS CO., LTD., GUANGZHOU RUNNING FUN TOYS CO., LIMITED, HANGZHOU DONGWANG TECHNOLOGY CO., LTD., HEFEI DRIFTING RABBIT E-COMMERCE CO., LTD., HUIZHOU UCAI ATMOSPHERE PROPS CO., LTD., HUNAN SUSHAN IMPORT AND EXPORT CO., LTD., HUZHOU QUANBAICUI APPAREL CO., LTD., HUZHOU SIYOU APPAREL CO., LTD., JIANGSU XIONGJI IMPORT AND EXPORT CO., LTD., JIANNILAISI (XIAMEN) CROSS-BORDER E-COMMERCE CO., LTD., JINHUA ZHIBO GARMENT CO., LTD., JINJIANG KUNYANG TRADING CO., LTD., QUANZHOU GUANGHE MINGLIANG TRADING CO., LTD., QUANZHOU HAPPY BROTHERS TRADING CO., LTD., QUANZHOU MUYANG CHILDREN'S MATERNAL AND INFANT PRODUCTS CO., LTD., QUANZHOU WANTWELL INFORMATION & TECHNOLOGY CO., LTD., QUANZHOU ZHENJIA CRAFTS CO., LTD., RONGCHENG BAIBAI BEAR TOYS CO., LTD., SHANGHAI JIURUO DISPLAY EQUIPMENT CO., LTD., SHANGHAI QIANJIU TRADING CO., LTD., SHANGRAO HAOQIANG GARMENT CO., LTD., SHANTOU YUXIN SCIENCE AND EDUCATIONAL

CIVIL ACTION NO.
22-cv-2393 (MKV)

**UNSEALING ORDER**

| |
|---|
| TOYS CO., LTD., SHENZHEN MINA TECHNOLOGY CO., LTD., SHENZHEN OXOFUN TECHNOLOGY LIMITED, SHENZHEN XINYUETANG TOYS GIFT CO., LTD., SHISHI CITY CHUNGONG KNITWEAR STORE, TONGXIANG YIKUN TEXTILE CO., LTD., XI 'AN HEMEIJIA TECHNOLOGY SERVICE CO., LTD., XIAMEN RAINBOW GIFTS& PACKS CO., LTD., XINXIANG DIXINI E-COMMERCE CO., LTD., XINXIANG HITON TECHNOLOGY CO., LTD., YANGZHOU CAISHENG HANDICRAFT PRODUCT CO., LTD., YANGZHOU XIANGRUI CRAFT GIFT CO., LTD., YIWU BA GE CLOTHING CO., LTD., YIWU BAOSHUN RUBBER PRODUCTS CO., LTD., YIWU BOYI LUCKY GARMENTS FACTORY, YIWU CENTENNIAL FESTIVAL SUPPLIES FIRM, YIWU CHANGYUAN E-COMMERCE FIRM, YIWU CHUNLI IMPORT AND EXPORT CO., LTD., YIWU DUN SHAN TRADING CO., LTD., YIWU FANCY TRADE CO., LTD., YIWU FLY SKY LIGHTING FACTORY, YIWU HUMA TRADING FIRM, YIWU JIECHEN PET PRODUCTS CO., LTD., YIWU JINBIAO TEXTILE CO., LTD., YIWU JOYCE ACCESSORIES MANUFACTORY, YIWU JUGUANG APPAREL CO., LTD., YIWU LANQU TRADING COMPANY LIMITED, YIWU MINZHI CLOTHING FIRM, YIWU NIHAO ELECTRONIC COMMERCE FIRM, YIWU PAIJING E-COMMERCE FIRM, YIWU QIAOMAO GARMENT CO., LTD., YIWU QIUWEI ARTWARE CO., LTD., YIWU YAWOO CLOTHING CO., LTD., YIWU YINWEI HOUSEHOLD PRODUCTS CO., LTD., YIWU YOUYI IMPORT AND EXPORT CO., LTD., YIWU ZIHAN IMPORT AND EXPORT CO., LTD. and ZHENGZHOU YANCHI TRADING COMPANY LTD. |
| *Defendants* |

WHEREAS Plaintiffs have advised the Court that they have elected to voluntarily dismiss this action without prejudice against all Defendants.

IT IS HEREBY ORDERED that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 19th day of April 2022, at 10:00 a.m.
New York, New York

_____
HON. MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE