JUDGE VYSKOCIL  Case 1:22-cv-02393-MKV   Document 7   Filed 04/19/22   Page 1 of 4
Case 1:22-mc-00082-DLC   Document 3   Filed 03/22/22   Page 1 of 4
Case 1:22-mc-00082-DLC   Document 1-5 (Ex Parte)   Filed 03/21/22   Page 1 of 4

22 CV 02393

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Karena K. Ioannou
kioannou@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*
*Moonbug Entertainment Limited and*
*Treasure Studio Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO INC., <br><br>*Plaintiffs*<br><br>v.<br><br>CHAOZHOU CHAOAN YIXI PAPER& PLASTIC PRODUCTS CO., LTD., CHONG QING FULL SUMMER INTERNATIONAL TRADE CO., LTD., DONGGUAN GOLDEN BEAR TOYS CO., LTD., DONGGUAN NUOSHENG ELECTRONIC TECHNOLOGY CO., LTD., EWEISER ELECTRONIC TECHNOLOGY (SHENZHEN) CO., LTD., FOSHAN HENGYUE OUTDOOR PRODUCTS CO., LTD., FUZHOU MEKHOME TECH. CO., LTD., FUZHOU XUANCE TRADE CO., LTD., GUANGZHOU HAPPY ISLAND TOYS CO., LTD., GUANGZHOU ORIENT INFLATABLES COMPANY LTD., GUANGZHOU PERFECT INFLATABLE PRODUCTS CO., LTD., GUANGZHOU RUNNING FUN TOYS CO., LIMITED, HANGZHOU DONGWANG TECHNOLOGY CO., LTD., HEFEI DRIFTING RABBIT E-COMMERCE CO., LTD., HUIZHOU JUCAI ATMOSPHERE PROPS CO., LTD., HUNAN SUSHAN IMPORT AND EXPORT CO., LTD., HUZHOU QUANBAICUI APPAREL CO., LTD., HUZHOU SIYOU APPAREL CO., LTD., JIANGSU XIONGJI IMPORT AND EXPORT CO., | **MISCELLANEOUS CASE**<br>**No. 22-mc-82**<br><br>[PROPOSED]<br>**ORDER TEMPORARILY**<br>**SEALING FILE**<br><br>**FILED UNDER SEAL** |

Case 1:22-cv-02393-MKV Document 7 Filed 04/19/22 Page 2 of 4
Case 1:22-mc-00082-DLC Document 3 Filed 03/22/22 Page 2 of 4
Case 1:22-mc-00082-DLC Document 1-5 (Ex Parte) Filed 03/21/22 Page 2 of 4

LTD., JIANNILAISI (XIAMEN) CROSS-BORDER E-COMMERCE CO., LTD., JINHUA ZHIBO GARMENT CO., LTD., JINJIANG KUNYANG TRADING CO., LTD., QUANZHOU GUANGHE MINGLIANG TRADING CO., LTD., QUANZHOU HAPPY BROTHERS TRADING CO., LTD., QUANZHOU MUYANG CHILDREN'S MATERNAL AND INFANT PRODUCTS CO., LTD., QUANZHOU WANTWELL INFORMATION & TECHNOLOGY CO., LTD., QUANZHOU ZHENJIA CRAFTS CO., LTD., RONGCHENG BAIBAI BEAR TOYS CO., LTD., SHANGHAI JIURUO DISPLAY EQUIPMENT CO., LTD., SHANGHAI QIANJIU TRADING CO., LTD., SHANGRAO HAOQIANG GARMENT CO., LTD., SHANTOU YUXIN SCIENCE AND EDUCATIONAL TOYS CO., LTD., SHENZHEN MINA TECHNOLOGY CO., LTD., SHENZHEN OXOFUN TECHNOLOGY LIMITED, SHENZHEN XINYUETANG TOYS GIFT CO., LTD., SHISHI CITY CHUNGONG KNITWEAR STORE, TONGXIANG YIKUN TEXTILE CO., LTD., XI'AN HEMEIJIA TECHNOLOGY SERVICE CO., LTD., XIAMEN RAINBOW GIFTS& PACKS CO., LTD., XINXIANG DIXINI E-COMMERCE CO., LTD., XINXIANG HITON TECHNOLOGY CO., LTD., YANGZHOU CAISHENG HANDICRAFT PRODUCT CO., LTD., YANGZHOU XIANGRUI CRAFT GIFT CO., LTD., YIWU BA GE CLOTHING CO., LTD., YIWU BAOSHUN RUBBER PRODUCTS CO., LTD., YIWU BOYI LUCKY GARMENTS FACTORY, YIWU CENTENNIAL FESTIVAL SUPPLIES FIRM, YIWU CHANGYUAN E-COMMERCE FIRM, YIWU CHUNLI IMPORT AND EXPORT CO., LTD., YIWU DUN SHAN TRADING CO., LTD., YIWU FANCY TRADE CO., LTD., YIWU FLY SKY LIGHTING FACTORY, YIWU HUMA TRADING FIRM, YIWU JIECHEN PET PRODUCTS CO., LTD., YIWU JINBIAO TEXTILE CO., LTD., YIWU JOYCE ACCESSORIES MANUFACTORY, YIWU JUGUANG APPAREL CO., LTD., YIWU LANQU TRADING COMPANY LIMITED, YIWU MINZHI CLOTHING FIRM, YIWU NIHAO ELECTRONIC COMMERCE FIRM, YIWU PAIJING E-COMMERCE FIRM, YIWU QIAOMAO GARMENT CO., LTD., YIWU QIUWEI ARTWARE CO., LTD., YIWU YAWOO CLOTHING CO., LTD., YIWU YINWEI HOUSEHOLD PRODUCTS CO., LTD., YIWU YOUYI IMPORT AND EXPORT CO., LTD., YIWU ZIHAN IMPORT AND EXPORT CO.,

Case 1:22-cv-02393-MKV   Document 7   Filed 04/19/22   Page 3 of 4
Case 1:22-mc-00082-DLC   Document 3   Filed 03/22/22   Page 3 of 4
Case 1:22-mc-00082-DLC   Document 1-5 (Ex Parte)   Filed 03/21/22   Page 3 of 4

LTD. and ZHENGZHOU YANCHI TRADING COMPANY LTD.,

*Defendants*

Case 1:22-cv-02393-MKV   Document 7   Filed 04/19/22   Page 4 of 4
Case 1:22-mc-00082-DLC   Document 3   Filed 03/22/22   Page 4 of 4
Case 1:22-mc-00082-DLC   Document 1-5 (Ex Parte)   Filed 03/21/22   Page 4 of 4

On this day, the Court considered Plaintiffs' Motion for Leave to File Case Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited to, Plaintiffs' Complaint and exhibits attached thereto and Plaintiffs' *ex parte* application for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service; and 5) an order authorizing expedited discovery and the supporting declarations of Rob Miller and Karena K. Ioannou and exhibits attached thereto under seal for a period of one (1) week, or until further order by the Court.

The Clerk of the Court is directed to restrict access to this Order to the selected party viewing level. The Clerk of the Court is directed to close this miscellaneous matter. It is also hereby ORDERED that, notwithstanding this Order to Temporarily Seal File, the Clerk of the Court shall have authority to provide Plaintiffs with certified copies of any orders entered in this matter while under seal.

SIGNED this 22d day of March, 2022, at 2:00 p.m.

_____
UNITED STATES DISTRICT JUDGE